

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| YOLANDA PACHECO AND FERNANDO PACHECO, | § | No. 08-19-00129-CV |
| | § | |
| Appellants, | § | Appeal from the 143rd |
| | § | |
| v. | § | Judicial District Court |
| | § | |
| OSCAR LARA RODRIGUEZ AND SALINA CHAVEZ RODRIGUEZ | § | of Reeves County, Texas |
| | § | |
| | § | (TC# 17-04-21935-CVR) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court correctly denied Appellant's motion to dismiss. We therefore affirm the trial court's order denying Appellant's motion to dismiss and remand the cause for further proceedings consistent with this opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF JANUARY, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.